IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN B. GESNER,

                Plaintiff,

      v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

No. CV 06-1553-ST

JUDGMENT

**MOSMAN, J.,**

Based on the Opinion and Order of the court filed January 24, 2008 (#24) adopting the Magistrate Judge's Findings and Recommendations (#21),

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for reconsideration of the opinion of Dr. Kuttner, as well as an appropriate drug and alcohol analysis.

DATED this  1st  day of February, 2008.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Judge

PAGE 1 - JUDGMENT