FILED'08 MAR 18 15:17 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**JOHN B. GESNER,**                                      CV. 06-1553-ST

                Plaintiff,

v.                                           ORDER AWARDING EAJA
                                               ATTORNEY FEES AND EXPENSES

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,
                Defendant.

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,141.56 plus expenses in the amount of $350.00, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

      DATED this 18 day of March, 2008.

                                                  _____
                                                United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, John B. Gesner

Page 1.    ORDER AWARDING EAJA ATTORNEY FEES AND EXPENSES
              GESNER v. ASTRUE, CV. 06-1553-ST